IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:14CR3013 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| INOCENCIO SEGURA JIMENEZ, | ) | |
| | ) | |
| Defendant. | ) | |

A conference call was held with counsel in this case.

IT IS ORDERED that plaintiff's counsel shall provide defense counsel with copies of the federal presentence investigation reports for any of plaintiff's witnesses scheduled to testify at trial. Defense counsel shall not copy or otherwise reproduce these presentence reports nor disclose those documents to the defendant, except upon further order of the court.

Dated April 23, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge