IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:14CR3013 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| INOCENCIO SEGURA JIMENEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to disclose identity of confidential informant and make available for interview (filing 18) is denied for the reasons set forth in the government's response to defendant's motion to disclose confidential informant (filing 19).

Dated April 23, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge