IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:14CR3013 |
| | ) | |
| v. | ) | |
| | ) | |
| INOCENCIO SEGURA JIMENEZ, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Mr. Monzon, the defendant's *retained* counsel, called me subsequent to my most recent order (filing no. 30) denying the issuance of subpoenas sought pursuant to an ex parte motion. In his telephone call, counsel sought advice on how to obtain this process without informing the government. I refused to hold an ex parte phone conference with counsel on that subject. However, I now advise Mr. Monzon that he may wish to consult Federal Rule of Criminal Procedure 17(a), (c)(1) and (d) regarding (1) the issuance of subpoenas endorsed in blank; (2) for the production of documents, and (3) for service of the subpoenas by a nonparty over the age of 18 years.

IT IS SO ORDERED.

DATED this 25th day of April, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge